Charles H. Simmons et al., complainants and appellees, v. Roseland Security Vault Company et al., defendants, on appeal of Ewald E. Muller, receiver of Kimbark State Bank, appellant. Gen. No. 30,536.

Bill to foreclose mortgage. Decree for complainants. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed July 13, 1926.

Wetten, Pegler & Dale, for appellant; Orville R. Seiter, of counsel. Leslie A. Needham, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Mandel Brothers, appellant, v. Grace W. Willett, appellee. Gen. No. 30,570.

Action for goods sold and delivered. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. W. H. Foster, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed July 13, 1926.

Albert S. Louer, for appellant; Harry M. Kroon, of counsel. Gardner, Foote, Burns & Morrow, for appellee; Addison L. Gardner, Jr., of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Marie Leake, appellee, v. City of Chicago, appellant. Gen. No. 30,612.

Action for personal injury. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed July 13, 1926.

Francis X. Busch, Corporation Counsel, and John J. Kelly, City Attorney, for appellant; Daniel V. Gallery, Assistant Corporation Counsel, of counsel. Finn & Miller, for appellee; Robert S. Cook, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Charles J. O'Connor, appellee, v. City of Chicago, appellant. Gen. No. 30,625.

Assumpsit for salary. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John J. Lupe, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed July 13, 1926. Rehearing denied July 24, 1926.

Francis X. Busch, Corporation Counsel, and Francis J. Vurpillat, Assistant Corporation Counsel, for appellant; Francis J. Vurpillat, Assistant Corporation Counsel, of counsel. Franklin Raber and William J. McGah, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.